# EXHIBIT "A"

# EXHIBIT "A-1"

3/20/2017 12:41:11 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 15949420
By: COOPER, LISA L
Filed: 3/20/2017 12:41:11 PM

Case 4:17-cv-01023   Document 1-1   Filed on 04/04/17 in TXSD   Page 3 of 10

CAUSE NO. 201683911

RECEIPT NO.                      0.00      ATY

\*\*\*\*\*\*\*\*\*                     TR # 73342058

PLAINTIFF: HERNANDEZ, ARTEMIO              In The    157th
         vs.                                        Judicial District Court
DEFENDANT: KENNER, DAVID (A/K/A DAVID KEENER)      of Harris County, Texas
                                                         157TH DISTRICT COURT
                                                         Houston, TX

CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT)
THE STATE OF TEXAS
County of Harris

TO: FRONT LINE TRUCKING INC (A FOREIGN CORPORATION) MAY BE SERVED THROUGH
    THE SECRETARY OF STATE SERVICE OF PROCESS SECRETARY OF STATE P O BOX 12079
    AUSTIN TEXAS 78711-2079 OR WHEREVER HE MAY BE FOUND
    FORWARD TO: REGISTERED AGENT ALADIN DUZAM
    6316 W  SALTO SIERRA WAY   WEST VALLEY  UT  84128

     Attached is a copy of PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION REQUEST FOR DISCLOSURE
AND FIRST SET OF INTERROGATORIES

This instrument was filed on the 26th day of January, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 16th day of February, 2017, under my hand and
seal of said Court.

Issued at request of:                            CHRIS DANIEL, District Clerk
GARZA, GILBERT                                  Harris County, Texas
1421  PRESTON STREET                         201 Caroline, Houston, Texas 77002
HOUSTON, TX  77002                          (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 977-9000                          GENERATED BY: RICHARDSON, SHANIECE J  A4L//10611082
Bar No.: 24032221

OFFICER/AUTHORIZED PERSON RETURN

     Received on the _____ day of _____, _____, at _____ o'clock ____ .M., and
executed the same in _____ County, Texas, on the ____ day of _____, _____, at
_____ o'clock _____.M., by summoning the _____,
_____ by delivering to _____, in person _____
a corporation <
_____ by leaving in the principal office during office hours
_____ of the said _____
a true copy of this notice, together with accompanying copy of
Serving _____  copy _____  $ 110

                                               By _____
_____
            Affiant                                               Deputy

*** AFFIDAVIT ATTACHED ***

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                        _____
                                                                  Notary Public

N.INT.SECCN.P                                       \*73342058\*

## CAUSE NO. 2016-83911

| | | |
|---|---|---|
| ARTEMIO HERNANDEZ | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| DAVID KENNER, ET AL | § | |
| Defendant. | § | 157TH JUDICIAL DISTRICT |

### AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared ANDREW C. MANGER who, being by me duly sworn, deposed and said:

"The following came to hand on Mar 1, 2017, 2:46 pm,

    CITATION, PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION, REQUEST FOR DISCLOSURE, INTERROGATORIES,

and was executed on **Wed, Mar 08 2017** by mailing to **FRONT LINE TRUCKING INC C/O THE SECRETARY OF STATE OF TEXAS** at **1019 BRAZOS STREET, AUSTIN, TX 78701, COUNTY OF TRAVIS,** by Certified Mail, Return Receipt Requested, Receipt No. 7016 1370 0001 4577 9680, a true copy of this citation together with the accompanying pleadings.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

ANDREW C. MANGER , SCH# 821, EXP: 07/31/2017

BEFORE ME, a Notary Public, on this day personally appeared ANDREW C. MANGER, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 3-18-17

Notary Public, State of Texas



BARBARA GOODMAN
Notary Public, State of Texas
Comm. Expires 09-13-2020
Notary ID 3193467

Certified Document Number: 74316361 - Page 2 of 3



CAUSE NO. 2016-83911

| | | |
|---|---|---|
| ARTEMIO HERNANDEZ | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| DAVID KENNER, ET AL | § | |
| Defendant. | § | 157TH JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7016 1370 0001 4577 9680

Certified Mail Fee $3.35
Extra Services & Fees
☐ Return Receipt (hardcopy) $____
☐ Return Receipt (electronic) $____
☐ Certified Mail Restricted Delivery $____
☐ Adult Signature Required $____
☐ Adult Signature Restricted Delivery $____
Postage $0.91
Total Postage and Fees $7.01

Sent To: FRONT LINE TRUCKING INC
C/O THE SECRETARY OF STATE OF TEXAS
1019 BRAZOS STREET
AUSTIN, TX 78701

Postmark 03/03/2017

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   FRONT LINE TRUCKING INC
   C/O THE SECRETARY OF STATE OF TEXAS
   1019 BRAZOS STREET
   AUSTIN, TX 78701

   9590 9402 1980 6123 3822 92

2. Article Number (Transfer from service label)
   7016 1370 0001 4577 9680

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) / C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Certified Document Number: 74316361 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 3, 2017

Certified Document Number:        74316361 Total Pages: 3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT "A-2"

2/1/2017 3:49:16 PM
Chris Daniel - District Clerk Harris County
Envelope No. 15077660
By: Bonnie Lugo
Filed: 2/1/2017 3:49:16 PM

CAUSE NO. 201683911

RECEIPT NO.                            0.00        MTA
             **********                         TR # 73321148

PLAINTIFF: HERNANDEZ, ARTEMIO                    In The   157th
    vs.                                          Judicial District Court
DEFENDANT: KENNER, DAVID                         of Harris County, Texas
                                                 157TH DISTRICT COURT
                                                 Houston, TX

CITATION (NON-RESIDENT)
THE STATE OF TEXAS
County of Harris

TO: KENNER, DAVID

    1209 N MAIN   BOUNTIFUL   UT   84010

    Attached is a copy of PLAINTIFFS ORIGINAL PETITION REQUEST FOR DISCLOSURE INTERROGATORIES
    REQUEST FOR PRODUCTION MOTION TO REDUCE EXPERT REPORTS TO TANGIBLE FORM

This instrument was filed on the 6th day of December, 2016, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 14th day of December, 2016, under my hand and
seal of said Court.

Issued at request of:                            CHRIS DANIEL, District Clerk
GARZA, GILBERT                                   Harris County, Texas
1421 PRESTON STREET                              201 Caroline, Houston, Texas 77002
HOUSTON, TX 77002                                (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 977-9000
Bar No.: 24032221                                Generated By: RICHARDSON, SHANIECE J   A4L//10556837

---

STATE OF _____
                              OFFICER/AUTHORIZED PERSON RETURN
County of _____

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|------|------|---|---|------|---|-------|
|      | MONTH | DAY | YEAR | HOUR | MIN. |  |
|      |      |   |   |      |   |  |
|      |      |   |   |      |   |  |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                                 _____
                                                        Affiant/Deputy
On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                 _____
                                                         Notary Public

*AFFIDAVIT ATTACHED*

Certified Document Number: 73669482 - Page 1 of 2

H.INT.CITN.P                        *73321148*

CAUSE NO. 2016-83911

| ARTEMIO HERNANDEZ | § | IN THE DISTRICT COURT OF |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| DAVID KENNER, ET AL | § | |
| Defendant. | § | 157TH JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE

On this day personally appeared __CHARLES J. REARDON__ who, being by me duly sworn, deposed and said:

"The following came to hand on Dec 28, 2016, 12:49 pm,

**CITATION NON-RESIDENT, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, INTERROGATORIES, REQUEST FOR PRODUCTION, MOTION TO REDUCE EXPERT REPORTS TO TANGIBLE FORM,**

and was executed at __763 W. 700 S., WOODS CROSS, UT 84087__ within the county of __DAVIS__ at __10:50 AM__ on __2-1-2017__, by delivering a true copy to the within named

**DAVID KENNER A/K/A DAVID KEENER**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Utah. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

PRINTED NAME: __CHARLES J. REARDON__
SCH# __PC# 100876__ EXP. __5/2017__

BEFORE ME, a Notary Public, on this day personally appeared __Charles Reardon__, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON __February 1, 2017__

JOHN MIYAKE
Notary Public - State of Utah
Comm. Exp. 04/15/2017
Commission # 664563

Notary Public, State of ~~Texas~~ UTAH

Certified Document Number: 73669482 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 3, 2017

Certified Document Number:       73669482 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**