United States District Court
Southern District of Texas
**ENTERED**
April 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ARTEMIO HERNANDEZ,** § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-1023 |
| § | |
| **FRONTLINE TRUCKING, INC.,** *et al*, § | |
| § | |
| Defendants. § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by e-mail that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 19th day of April, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE